**FILED**

JUL 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KENNETH A. SOTO,<br><br>Plaintiff. | No. C 16-03108 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On June 7, 2016, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 7/29/16

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on July 18, 2016. (Docket No. 6.)

Order of Dismissal
P:\PRO-SE\EJD\CR.16\03108Soto_dism-ifp&compl.wpd